IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ADE FOSTER,

      Appellant,

v.

      Case No. 5D22-2319
      LT Case No. 2018-CF-002459

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 10, 2023

3.850 Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

James W. Smith, III, Windermere, for Appellant.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


EVANDER, EDWARDS and HARRIS, JJ., concur.